**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>THE PARALAN COMPANY<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-17583 JS<br><br>JUDGE JOHN SQUIRES |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 09/26/07. The Trustee was appointed on 09/26/07. An order for relief under Chapter 7 was entered on 09/26/07.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of 10/21/08 is as follows:

   a. RECEIPTS (See Exhibit C)                               $         5,767.83

      b.  DISBURSEMENTS (See Exhibit C)      $     5.02

      c.  NET CASH available for distribution      $     5,762.81

      d.  TRUSTEE/PROFESSIONAL COSTS
          1.  Trustee compensation requested (See Exhibit E)    $    1,326.78
          2.  Trustee Expenses (See Exhibit E)    $    0.00
          3.  Compensation requested by attorney or other
              professionals for trustee (See Exhibit F)    $    3,645.62
                                                      $

5.     The Bar Date for filing unsecured claims expired on 02/07/08.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

      a.  Allowed unpaid secured claims      $     0.00

      b.  Chapter 7 Administrative and 28 U.S.C. §1930 claims      $     4,972.40

      c.  Allowed Chapter 11 Administrative Claims      $     0.00

      d.  Allowed priority claims      $     0.00

      e.  Allowed unsecured claims      $     169,263.93

7.     Trustee proposes that unsecured creditors receive a distribution of 0.47% of allowed claims.

8.     Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $3,645.62. The total of Chapter 7 professional fees and expenses requested for final allowance is $4,972.40. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.     A fee of $3,800.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  10/21/08                                    RESPECTFULLY SUBMITTED,


                                                    By: /s/David Grochocinski
                                                        DAVID GROCHOCINSKI, TRUSTEE
                                                        1900 RAVINIA PLACE
                                                        ORLAND PARK, IL  60462
                                                        Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Invoice submitted to:
The Paralan Company

October 21, 2008

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/7/2007 | DEG | Telephone conference with Karen from Itasca Bank; she to send check for balance of account | 0.40<br>350.00/hr | 140.00 |
| 11/8/2007 | DEG | Prepared initial report of assets; bar date set for 2/7/08 | 0.20<br>375.00/hr | 75.00 |
| 11/9/2007 | DEG | Letter to attorney regarding documents | 0.20<br>350.00/hr | 70.00 |
| 1/30/2008 | DEG | Review of claim docket | 0.10<br>375.00/hr | 37.50 |
| 2/11/2008 | DEG | Review information and documents from Clearwater | 1.20<br>375.00/hr | 450.00 |
|  | DEG | Telephone conference with E. Bates | 0.10<br>375.00/hr | 37.50 |
|  | DEG | Telephone conference with Kent Gaertner regarding facts as to Clearwater | 0.50<br>375.00/hr | 187.50 |
| 2/15/2008 | DEG | Final review of claim docket | 0.10<br>375.00/hr | 37.50 |
| 2/21/2008 | DEG | Email to attorney for debtor regarding information on insider allegations as to Clearwater Enterprises | 0.40<br>375.00/hr | 150.00 |
| 2/25/2008 | DEG | Review letter from Liz Bates regarding entry of order modifying stay | 0.20<br>375.00/hr | 75.00 |
| 3/6/2008 | DEG | Prepared letter, documents and inforamtion to accoutant for taxes | 1.00<br>375.00/hr | 375.00 |
| 4/10/2008 | DEG | Letter to attorney regarding documents and information on insider preference | 0.30<br>375.00/hr | 112.50 |
| 10/18/2008 | DEG | Receipt and review of tax returns and invoice from accountant | 1.50<br>375.00/hr | 562.50 |
| 10/20/2008 | DEG | Prepared final report | 2.50<br>375.00/hr | 937.50 |



The Paralan Company                                                                          Page     2

|  | Hrs/Rate | Amount |
|---|---|---|
| 10/20/2008 DEG  Prepared letter to IRS & IDR regarding prompt determination | 0.80<br>375.00/hr | 300.00 |
| For professional services rendered | 9.50 | $3,547.50 |

# EXHIBIT B

# DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

|  |  |
|---|---|
| TOTAL RECEIPTS | $ 5,767.83 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 0.00 |

# EXHIBIT C

## CASH RECEIPTS AND DISBURSEMENTS

Case 07-17583    Doc 26    Filed 11/17/08    Entered 11/17/08 13:46:11    Desc Main
Document    Page 7 of 18

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07B-17583 JS  
**Case Name:** THE PARALAN COMPANY  

**Period Ending:** 10/21/08

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 09/26/07 (f)  
**§341(a) Meeting Date:** 11/06/07  
**Claims Bar Date:** 02/07/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | ITASCA BANK CHECKING | 3,286.74 | 3,286.74 | | 3,178.92 | FA |
| 2 | CUSTOMER LIST & A/R TO CLEARWATER ENTERPRISES | 0.00 | 0.00 | | 0.00 | FA |
| 3 | A/R TO CLEARWATER ENTERPRISES | 19,392.00 | 19,392.00 | DA | 0.00 | FA |
| 4 | LOAN TO WILLIAM EVERHAM | 2,575.00 | 2,575.00 | | 2,575.00 | FA |
| 5 | COMPUTERS, DESKS, CHAIRS | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 13.91 | Unknown |
| 6 | **Assets**   **Totals** (Excluding unknown values) | **$26,253.74** | **$26,253.74** | | **$5,767.83** | **$0.00** |

**Major Activities Affecting Case Closing:**

INVESTIGATION OF POSSIBLE TRANSFERS TO CLAIMANTS

**Initial Projected Date Of Final Report (TFR):** February 28, 2009      **Current Projected Date Of Final Report (TFR):** February 28, 2009

Printed: 10/21/2008 11:34 AM    V.10.54

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 07B-17583 JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | THE PARALAN COMPANY | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****59-65 - Money Market Account |
| Taxpayer ID #: | 36-3054276 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/21/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/09/07 | {4} | WILLIAM & MARY EVERHAM | REPAYMENT OF LOAN | 1129-000 | 2,575.00 | | 2,575.00 |
| 11/09/07 | {1} | ITASCA BANK & TRUST CO | TURNOVER OF CHECKING ACCOUNT BALANCE | 1129-000 | 3,178.92 | | 5,753.92 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.66 | | 5,755.58 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.93 | | 5,758.51 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 2.63 | | 5,761.14 |
| 02/11/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #07B-17583, BOND #016026455 - TERM 2/1/08-2/1/09 | 2300-000 | | 5.02 | 5,756.12 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.18 | | 5,757.30 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.08 | | 5,758.38 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.80 | | 5,759.18 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.74 | | 5,759.92 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.73 | | 5,760.65 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.73 | | 5,761.38 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.68 | | 5,762.06 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.75 | | 5,762.81 |

Subtotals : **$5,767.83** **$5.02**

{} Asset reference(s)

Printed: 10/21/2008 11:34 AM V.10.54

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 07B-17583 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | THE PARALAN COMPANY | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****59-65 - Money Market Account |
| Taxpayer ID #: | 36-3054276 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/21/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 5,767.83 | 5.02 | **$5,762.81** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,767.83 | 5.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,767.83** | **$5.02** | |

{} Asset reference(s)            Printed: 10/21/2008 11:34 AM    V.10.54

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 07B-17583 JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | THE PARALAN COMPANY | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****59-66 - Checking Account |
| Taxpayer ID #: | 36-3054276 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/21/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

```
Net Receipts :      5,767.83
                  _____
Net Estate :        $5,767.83
```

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****59-65** | 5,767.83 | 5.02 | 5,762.81 |
| **Checking # ***-*****59-66** | 0.00 | 0.00 | 0.00 |
| | $5,767.83 | $5.02 | $5,762.81 |

{} Asset reference(s)      Printed: 10/21/2008 11:34 AM    V.10.54

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>THE PARALAN COMPANY<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-17583 JS<br><br>JUDGE JOHN SQUIRES |

**PROPOSED DISTRIBUTION REPORT**

 I, <u>DAVID GROCHOCINSKI, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

 <u>SUMMARY OF DISTRIBUTION</u>:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 4,972.40 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 790.41 |
| | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 5,762.81 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 4,972.40 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 1,326.78 | 1,326.78 |
| ADMIN2 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,365.00 | 1,365.00 |
| ADMIN3 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 2,250.00 | 2,250.00 |
| ADMIN4 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 30.62 | 30.62 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 169,263.93 | 0.47% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 | CLEARWATER ENTERPRISES, LLC | 169,263.93 | 790.41 |
| | | TOTAL $ | 790.41 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| General Unsecured Subordinated claims | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL          $ | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL          $ | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL          $ | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL          $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true

and correct.


DATED: _____          _____
                                      DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 2,250.00 | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 30.62 | |
| | | | 2,280.62 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 1,365.00 | |
| | | | 1,365.00 |
| **Attorney for Debtor** | | | 0.00 |
| **Other Professionals** | | | 0.00 |
| TOTALS | $ 0.00 | $ 3,645.62 | $ 3,645.62 |